## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAL FEFFERMAN and BEN FEFFERMAN, as Mother, Father, and Next Friends of O.F., their Minor Child,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>UNITED AIRLINES, INC.,<br>A Delaware for-profit Corporation,<br><br>　　　　　Defendants. | Case No. 2024-CV-1104 |

### AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, UNITED AIRLINES, INC. ("United"), by and through its attorneys, WIEDNER & McAULIFFE, LTD., hereby moves for an extension of time to answer or otherwise plead to Plaintiffs' Complaint. In support thereof, Defendant states as follows:

1. Plaintiffs filed this action in the Northern District of Illinois on February 6, 2024 involving an incident occurring on or about July 20, 2022.

2. United was served on February 19, 2024 and is currently investigating the allegations of Plaintiffs' Complaint.

3. Counsel for Defendant conferred with counsel for Plaintiffs on Tuesday, March 5, 2024, who indicated that Plaintiffs had no objection to this request.

Wherefore, Defendant respectfully requests that the Court grant this motion for extension of time to answer or otherwise plead to Plaintiff's Complaint up to and including March 18, 2024, and for all other relief the Court deems just.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　WIEDNER & McAULIFFE, LTD.

　　　　　　　　　　　　　　　　　　　　　/s/ Richard J. Leamy
　　　　　　　　　　　　　　　　　　　　　Attorneys for UNITED AIRLINES, INC.

## **CERTIFICATE OF SERVICE**

    I, Richard J. Leamy, Jr. certify that I electronically filed the attached document on behalf of Defendant United Airlines, Inc. with the Clerk of the Court using the CM/ECF system on March 5, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                      /s/ Richard J. Leamy, Jr.

Richard J. Leamy, Jr. - #3122843
WIEDNER & McAULIFFE, LTD.
One N. Franklin St., Suite 1900
Chicago, Illinois 60606
Telephone: (312) 855-1105
Facsimile: (312) 855-1792
rjleamy@wmlaw.com